UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JAMES VRABEL,<br><br>    Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>    Respondent. | Case No. 5:18-cv-02058-JAK-JC<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

 IT IS SO ADJUDGED.

DATED: August 18, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE